UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Field, | Civil Action No.06cv698 MJD/RLE |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| Geraldine Martin and<br>Ameriquest Mortgage Company, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits without prejudice and without costs, disbursements or attorney's fees to any party.

**BY THE COURT**

Dated:__August 4, 2006___         ___s/Michael J. Davis_____
                                  The Honorable Michael J. Davis
                                  Judge of United States District Court